UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BASIC CONTRACTING LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-06-1382 |
| | § | |
| D&H LLC, ET AL., | § | |
| *Defendants*. | § | |

**ORDER GRANTING MOTION TO STAY CASE AND SEAL EXHIBITS**

Pursuant to the Stipulation and Joint Motion to Stay Case and Seal Exhibits (Dkt. 57) filed by the plaintiff and counter-defendant Basic Contracting, LLC ("Basic"), and the defendant and counter-plaintiff D&H, LLC ("D&H") ("the Motion"),

It is hereby ORDERED:

1. All actions, deadlines, and activity in this case are stayed until the earlier of (i) filing of a notice by Basic in the form provided in the sealed documents filed with the Motion ("the Sealed Documents"), that D&H is not in compliance with the Sealed Documents and requesting that the court life the stay, unseal the Sealed Documents, and take the actions provided in the Sealed Documents, whereupon the court may unseal the Sealed Documents and take the actions provided therein; (ii) January 31, 2010, at which time the remaining claims in this case shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees, and the case closed, with the exhibits hereto to remain sealed; and (iii) as otherwise ordered by the court after notice and hearing.

2. The Sealed Documents shall be and remain under seal as provided in this order. The docket and records of the court shall refer to the Sealed Documents only as "Sealed Documents."

Signed at Houston, Texas on January 17, 2007.

_____
Gray H. Miller
United States District Judge